In the Matter of the Will of MARY A. GUILMARTIN, Deceased.

HAZEL ABRAMS et al., Appellants; CITY BANK FARMERS TRUST COMPANY, as Executor of MARY A. GUILMARTIN, Deceased, et al., Respondents.

Argued March 7, 1938; decided April 12, 1938.

*Julian D. Rosenberg, George Baker* and *Melvin S. Brotman* for appellants.

*William S. Siemon,* as special guardian for Helen Guilmartin, an infant, respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: CRANE, Ch. J., and FINCH, J.